IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| MIRAMAR PETROLEUM, INC., | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO. V-15-0028 |
| v. | § | |
| | § | |
| THE FIRST LIBERTY INSURANCE | § | |
| CORPORATION, *et al.*, | § | |
|     Defendants. | § | |

## ORDER FOR PRETRIAL CONFERENCE

1. Counsel shall appear at an initial pretrial and scheduling conference before

Honorable Nancy F. Atlas
**August 31, 2015 at 1:30 p.m.**

United States Courthouse
**Victoria, Texas**

2. Counsel shall file within fifteen (15) days from receipt of this Order a certificate with the Clerk listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other leal entities that are financially interested in the outcome of this litigation.  <u>If a large group can be specified by a general description, individual listing is not necessary.  Underline the name of each corporation whose securities are publicly traded.</u>  If new parties are added or if additional persons or legal entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the Clerk.

3. After the parties meet as required by Fed. R. Civ. P. Rule 26(f), counsel shall prepare and file not less than three (3) days before the conference a joint discovery/case management plan containing the information required by Fed. R. Civ. P. Rule 26(f), as amended December 1, 1993.  The conference will be conducted in accordance with Fed. R. Civ. P. Rule 16.  Counsel should be prepared to argue all pending motions at the conference and the Court may rule on same.  Counsel must deliver to Chambers

*courtesy copies* of all documents filed within three (3) business days of the conference. All such copies must be marked "FOR PRETRIAL CONFERENCE."

4. Each party shall appear at the conference by an attorney with (a) *full* knowledge of the case and (b) *authority* to bind the client. *See* Local Rule 8. The Court will prepare a docket control order at the pretrial conference. *See* Court's Procedures.

5. Counsel who file or remove an action must **serve a copy of this order** with the summons and complaint or with the notice of removal and a copy of this Court's procedures. The Court procedures can be obtained on the Southern District of Texas website at www.txs.uscourts.gov. In addition, in all removed cases, counsel for the removing party(ies) must file with the Court at least three (3) days before the Initial Pretrial Conference the "certificate of service in a removed action."

6. Counsel shall discuss with their clients and each other whether *alternative dispute resolution* is appropriate, and at the conference shall advise the Court of the results of their discussions.

7. Discovery may be conducted if all named defendants have answered and all parties agree.

8. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.

By Order of Court

_____
Nancy F. Atlas
United States District Judge