**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **MIRAMAR PETROLEUM, INC.** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:15-CV-28** |
| | § | |
| **THE FIRST LIBERTY INSURANCE CORPORATION and COMMERCE & INDUSTRY INSURANCE COMPANY** | § § § § | |

**ENTRY OF APPEARANCE OF COUNSEL**

Please enter the appearance of James D. Johnson of Brown Sims, P.C. as counsel in this case on behalf of Defendant Commerce & Industry Insurance Company, in the above-captioned matter. Mark C. Clemer of Brown Sims, P.C. is to remain as lead counsel of record for Defendant Commerce & Industry Insurance Company in this matter.

Respectfully submitted, this the 6th day of August, 2015,

**BROWN SIMS, P.C.**

By: *_/s/ James D. Johnson_*
Mark C. Clemer
Attorney-in-Charge
Texas Bar No. 04372300
Federal ID. No. 7662
James D. "J.D." Johnson
Texas Bar No. 24085918
S.D. Tex. Bar No. 2218215
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Telephone: (713) 629-1580
Facsimile: (713) 629-5027
*mclemer@brownsims.com*
*jjohnson@brownsims.com*

**Counsel for Defendant Commerce & Industry Insurance Company**

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document has been sent to all counsel of record via the Court's ECF system on this the 6th day of August, 2015:

William M. Clanton
LAW OFFICE OF BILL CLANTON, P.C.
926 Chulie Dr.
San Antonio, Texas 78216
Phone: (210) 226-0800
Fax: (210) 338-8660
*Counsel for Plaintiff*

Catherine L. Hanna
HANNA & PLAUT, L.L.P.
Southwest Tower
211 East 7th Street, Suite 600
Austin, Texas 78701
Phone: (512) 472-7700
Fax: (512) 472-0205
*Counsel for Defendant First Liberty*

*/s/ James D. Johnson*
James D. "J.D." Johnson