# HEARING MINUTES AND ORDER

**Cause Number**:  6:15cv0028

**Style**:  Miramar Petroleum, Inc. v. The First Liberty Insurance Corporation, *et al.,*

**Appearances**:

| Counsel: | Representing: |
|---|---|
| William Clanton | Plaintiff |
| Eric Peabody | Defendant The First Liberty Insurance Company |
| Mark Clemer | Defendant Commerce & Industry Insurance Company |

**Date**:  August 31, 2015           **ERO**:   Yes
**Time**: 1:43 p.m. - 2:04 p.m.        **Interpreter:**

**At the hearing the Court made the following rulings**:

Pretrial conference held.

**Summary Judgment briefing schedule as follows:**
Initial Disclosures due **September 28, 2015**.
Motions for Summary Judgment due **October 16, 2015.**
Responses due **November 6, 2015.**
Replies due **November 13, 2015.**
Pretrial conference set for **January 26, 2016 at 2:00 p.m.**

**SIGNED** at Houston, Texas this 31st day of August, 2015.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE