United States District Court
Southern District of Texas
**ENTERED**
November 16, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| MIRAMAR PETROLEUM, INC., § <br> Plaintiff, § <br> § <br> v. § <br> § <br> THE FIRST LIBERTY INSURANCE § <br> CORPORATION, *et al.*, § <br> Defendants. § | CIVIL ACTION NO. V-15-0028 |

## **ORDER**

In this insurance coverage dispute, Plaintiff Miramar Petroleum, Inc. ("Miramar") sued Defendant Commerce & Industry Insurance Company ("C&I"), asserting that Miramar is an additional insured under a Commercial Umbrella Liability Policy issued by C&I to Nicklos Drilling Company ("Nicklos"). C&I filed a Motion for Summary Judgment [Doc. # 14], arguing that Miramar is not an additional insured under the umbrella policy issued to Nicklos. Miramar filed a Response, stating that it agrees with C&I's argument that Miramar does not have a claim against C&I under the umbrella policy. *See* Response [Doc. # 19], ¶ 14. As a result, it is hereby

**ORDERED** that C&I's Motion for Summary Judgment [Doc. # 14] is **GRANTED** and all claims against C&I are **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this 6th day of **November, 2015**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE