United States District Court
Southern District of Texas
**ENTERED**
November 18, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| MIRAMAR PETROLEUM, INC., § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. V-15-0028 |
| § | |
| THE FIRST LIBERTY INSURANCE § | |
| CORPORATION, *et al.*, § | |
|     Defendants. § | |

# FINAL JUDGMENT

For the reasons stated in the accompanying Memorandum and Order and in the Order [Doc. # 24] entered November 16, 2015, it is hereby

**ORDERED** that Miramar Petroleum, Inc.'s Motion for Summary Judgment [Doc. # 15] is **DENIED**, and it is further

**ORDERED** that the Motions for Summary Judgment filed by Commerce & Industry Insurance Company [Doc. # 14] and The First Liberty Insurance Corporation [Doc. # 16] are **GRANTED** and all claims against them are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that taxable costs are assessed against Plaintiff.

This is a final, appealable judgment.

P:\ORDERS\11-2015\V028FJ.wpd   151117.1409

SIGNED at Houston, Texas, this 18th day of **November, 2015**.

*[signature]*
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE